IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GARY STEVE LIFSEY and )
SHERRY M. LIFSEY, )
 )
    Plaintiffs, )
 )
v. ) CASE NO. 3:26-cv-81-JTA
 ) (WO)
WAL-MART STORES EAST, LP, and )
WALMART, INC., )
 )
    Defendants. )

## **ORDER**

Plaintiffs filed this action in the Circuit Court of Russell County, Alabama, on December 21, 2025. (Doc. No. 1-2 at 7.) Plaintiffs served Defendants with the summons and complaint on January 5, 2026. (Doc. No. 1 at 1–2.) Defendants removed the action on February 4, 2026. (Doc. No. 1.) Therefore, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, the deadline for Defendants to answer or otherwise respond to the complaint was February 13, 2026.  Fed. R. Civ. P. 81(c)(2). Accordingly, it is ORDERED that, **on or before March 13, 2026,** Defendant shall file an answer.

DONE this 6th day of March, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE